# United States District Court

WESTERN DISTRICT OF WASHINGTON

KENNETH T. CURRY

**JUDGMENT IN A CIVIL CASE**

v.

BARBARA KNOEPPEL, et al.,

CASE NUMBER: C06-5661FDB

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [Dkt. #1] is DENIED;

Plaintiff's Application for Court Appointed Counsel [Dkt. #2] is DENIED; and

Plaintiff's Motion that the U.S. Marshal serve Summons/Pleadings [Dkt. #3] is DENIED.

|  |  |
|---|---|
| April 2, 2007 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |